SCANNED

UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

U.S. DISTRICT COURT DISTRICT OF MAINE RECEIVED AND FILED

Jonathan Lee Riches© A/K/A
"Martyr Jonathan Robbins",
Plaintiff

v

CiviL No.

DUNCAN FANFAN;
FREDDIE J. BOOKER;
RALPH HOWARD BLAKELY;
CHARLES C. APPRENDI,
DEFENDANT'S

COMPLAINT

"6th AMENDMENT VIOLATION CONSPIRACY"

"TRO TEMPORARY RESTRAINING ORDER"



Comes Now the Plaintiff, Jonathan Lee Riches© A/K/A "MARTYR Jonathan Robbins", in pro-se, Moves this Honorable Court to issue a Order for Defendant's named in this suit to respond. This suit is Civil Rights and Constitutional violations along with crimes committed pursuant to Major fraud, Legal Manipulation, Mistrust, ponzi scams, Violation of my 6th amendment rights, violation of my 8th amendment rights, Kidnapping, torture, and harassment. Plaintiff also moves this Honorable Court to issue a Bureau of Prisons restraining order against Defendant's forbidding them from Sabotaging My Legal career and ruining the Federal Sentencing guidelines. Plaintiff seeks $350.00 dollars from each Defendant in their inmate trust account. Plaintiff prays for relief, Justice, and my American dream.

1

These 4 defendant's ruined the Federal sentencing Guidelines. The Guidelines are Advisory Now because these Defendant's took their cases to the supreme Court. Now Judges dont have to use the guidelines. Most Judges Now are going above the sentencing guidelines giving harsher sentences. The Defendant's ruined it for everyone. I have seen Inmates the last couple of Years win their appeals, then go back to district Court only to get re-sentenced on more Jail time. What a Major fraud on the American People. Defendants are Russian Communists. The Bureau of Prison allows these Defendants to Wear Nazi symbols on their arms. Defendant's violated my 6th amendment rights

2

Defendant's are secret Government Agents who sacraficed themselves by going to Jail, getting Landmark Supreme Court cases in their Name, and ruining the Justice System for everyone else. These Defendants are in relation with Lee Harvey Oswold on Jan 10, 2005. My civil Liberties are gone because of the Defendants

3

The Defendants on May 10, 2000 became a cadre of handpicked harassers and vigilante's to sift through my trash to collect Notes on me in my Criminal case. Then taping the Mouths of my friends so I can't be warned These Madman Defendant's are obsessed with my Career Ambitions, robbing me of the Power of becoming a Identity theft warrior

4

on Jan 10, 2002 Defendants intercepted and taped my voice on Bill Belichicks orders for NSA DNA testing to find my hacking paper trail. The Defendants are on the Internet spreading vicious Rumors about me today

5

Defendant's hacked into my past using prison tools, hammers, and electrical tape found out I was born a hermaphrodite born black but bleached white at birth. I was the driving force and Idea for Evil Knevil designing his helmet trademarked Jonathan Lee Riches©

6

SINCE JAN 2006, the Defendant's have forced me to sue everyone everything. At least they did not take that 1st amendment right away yet. The Defendants are targeting me. They Plan to flatten my brain with a very large bulldozer bought from my Identity.

7

June 16, 2007- Defendants have been Planting TNT explosives in my skin pores. I'm running out of Time to expose Defendants and Government plans to turn all Americans into felons, go house to house taking the weapons, GPS computer chipping, Electronic currency, RFID TAGS on everything, Toll roads and check points at roads and I-35 west Bridges. Feb 4, 2007 Defendant Booker turned me into a Geico CAVEMAN. Defendant's put a Evil potion through IV to turn me into a ½ a dog

Defendant Apprendi told me he is going to hook, cast me into the Dead sea, feed me to the LockNess Monster. ON 9/16/06, Defendant's put my brain in a shotgun shell and double pumped me into Mary Winkler's husband

I renounce My Earth citizenship. This planet is discriminating of my talents

TRO Restraining Order

Plaintiff moves to Stop all court CASES A.S.A.P. I demand a Restraining Order Against Court houses in America until we get Justice. Judges are giving anyone anything because of Defendant's. Defendant's started the Seeds to dictatorship that will affect our future children. Defendant's Started a Judicial movement to make it impossible for any american to be heard in Court. Its coming. I'm entitled to Billions of dollars in whistle blowing, but I don't want U.S. currency. I'm going on a U.S. currency strike starting today. I'm boycotting American Products that conspire with Defendant's and the Government. We are in Big trouble people. Defendant's Killed the Constitution.

Jonathan Lee Riches
#40948-018
FCI Williamsburg
P.O. Box 340
Salters, SC 29590 (843) 387-9400

Respectfully [signature]
Jonathan Lee Riches

Name: Jonathan Lee Riches©
Register Number: 40948-018
F.C.I. Williamsburg
Inmate Mail
P.O. Box 340
Salters, SC 29590

FLORENCE SC
18 SEP 2007 PM

United States District Court
District of Maine
Clerk of Court
156 Federal St,
Portland, Maine 04101

USA

04101+4152

FCI/SCP WILLIAMSBURG
P O BOX 220
SALTERS, SC 29590

Date: 9/18/07

The enclosed letter was processed through special mail procedures for forwarding to you. The letter was neither opened nor inspected. If the writer raises a problem over which this facility has jurisdiction, you may wish to return the material for further information or clarification. If the writer encloses correspondence for forwarding to another address, return the enclosure to the above address

Mail Room Officer