UNITED STATES DISTRICT COURT
DISTRICT OF MAINE

| | |
|---|---|
| JONATHAN LEE RICHES, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | Civil No. 07-169-P-H |
| ) | |
| DUNCAN FANFAN, et al., ) | |
| ) | |
| Defendants. ) | |

# **O R D E R**

On September 21, 2007, Jonathan Riches filed a complaint. Riches has neither paid the required filing fee of $350.00 nor filed an application to proceed in forma pauperis together with a ledger showing the activity in Riches's prisoner account with the place of his confinement for the last six months, AND a certification signed by an authorized individual from the institution of incarceration as to the authenticity of the ledger. See 28 U.S.C. § 1915(a)(2) ("A prisoner seeking to bring a civil action ... without prepayment of fees or security therefore, in addition to filing the affidavit...<u>shall submit a certified copy of the trust fund account statement</u> (or institutional equivalent) for the prisoner for the 6-month period immediately preceding the filing of the complaint ... <u>obtained from the appropriate official</u> of each prison at which [he] is or was confined") (emphasis added).

I also put Riches on notice that, should he elect to proceed <u>in</u> <u>forma</u> <u>pauperis</u> and incur the expense of this action, his complaint is susceptible to dismissal under 28 U.S.C. § 1915(e)(2)(B).

The Clerk is hereby directed to forward a form Application to Proceed *In Forma Pauperis*, incorporating the amendments, to the Plaintiff. Plaintiff is hereby ORDERED to file an Application to Proceed *In Forma Pauperis*, or pay the filing fee of $350, no later than October 15, 2007, failing which a recommendation that this matter be dismissed for lack of prosecution may issue.

*SO ORDERED*

September 24, 2007 /s/ Margaret J. Kravchuk
U.S. Magistrate Judge